**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ASHISH S. PANDYA,

                      Plaintiff,

    -against-                                    23 **CIVIL** 11180 (JLR)

                                                        **JUDGMENT**

SECURITIES AND EXCHANGE COMMISSION,

                      Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 10, 2025, SECs motion to dismiss the amended complaint for insufficient service of process, lack of subject matter jurisdiction due to sovereign immunity, and failure to state a claim is GRANTED. Pandyas motion for summary judgment is DENIED as moot. Accordingly, the case is closed.

**Dated:**  New York, New York

        January 13, 2025

                                                         **TAMMI M. HELLWIG**
                                                           **Clerk of Court**

                                    **BY:**     _____
                                                             **Deputy Clerk**